UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAYWARD MCGOUGH,

       Plaintiff,                            Case Number 17-12130
                                                           Honorable David M. Lawson

v.

SMS FINANCIAL JDC, L.P.,

       Defendant.
_____/

## ORDER OF DISMISSAL

On September 1, 2017, the parties informed the Court by email that they had reached a final settlement of all claims in the case. The Court therefore will dismiss the case.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the case to enforce the settlement agreement **on or before October 6, 2017**.

                                                         s/David M. Lawson
                                                         DAVID M. LAWSON
                                                         United States District Judge

Dated: September 6, 2017

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 6, 2017.

                                     s/Susan Pinkowski
                                     SUSAN PINKOWSKI